No. 4550.—Russell & Co. S. en C., aplda., *v.* Figueroa, aplte.—C. D. Mayagüez. Mayo 9, 1928. A la moción de la parte apelada solicitando la desestimación del recurso entre otros motivos porque interpuesto desde el 17 de septiembre de 1927, la parte apelante no ha archivado aún los autos en la Secretaría de esta Corte Suprema no obstante tener preparada una exposición del caso desde el 27 de septiembre de 1927, no habiendo la dicha parte apelante formulado oposición alguna, se declara la moción con lugar y en su virtud se desestima el recurso.

No. 4594.—Arroyo et al., apldos., *v.* Cruz et al., apltes. C. D. San Juan. Mayo 11, 1928. A la moción de la parte apelada solicitando la desestimación del recurso, apareciendo que la apelación ha estado pendiente por más de un año y que varias de las prórrogas solicitadas para presentar la exposición lo fueron fuera de término, se desestima el recurso.

No. 3435.—El Pueblo, apldo., *v.* Anaya, aplte.— C. D. Guayama. Mayo 11, 1928. Celebrada la vista de esta apelación: no siendo procedente el primer motivo de error alegado contra la sentencia por imputar la acusación que el acusado portaba el arma en el barrio de Carite de Guayama cuando algunos testigos dicen que fué en Patillas, ya que ambos sitios están dentro de la jurisdicción de la Corte de Distrito de Guayama donde la acusación fué presentada; y no siendo tampoco la sentencia contraria a la prueba, porque siendo contradictoria no encontramos que la corte inferior cometiera error al resolver el conflicto de ella en contra del apelante, debemos confirmar y confirmamos la sentencia apelada.